UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3023 |
| | Section: "H" (5) |
| This Document Relates to: | HON. JANE T. MILAZZO |
| Lorraine Bush v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC<br><br>EDLA No. [xx-xxxx] | |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaints and Jury Demands Filed in the above-referenced case on May 13, 2022 (Docs. 25 & 26). Pursuant to Case Management Order No. 2, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaints against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Lorraine Bush

2. Spousal Plaintiff of other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not Applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Current State of Residence: Florida

5. State in which Plaintiff(s) allege(s) injury: Florida

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   [X] A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   [X] B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   [ ] A. Sandoz, Inc.

   [ ] B. Accord Healthcare, Inc.

   [ ] C. McKesson Corporation d/b/a McKesson Packaging

   [ ] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   [ ] E. Hospira, Inc.

   [ ] F. Sun Pharma Global FZE

   [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

   [ ] H. Pfizer Inc.

   [ ] I. Actavis Pharma Inc.

   [ ] J. Actavis LLC f/k/a Actavis Inc.

   [ ] K. Sagent Pharmaceuticals, Inc.

   [ ] L. Eagle Pharmaceuticals, Inc.

   [ ] M. Teikoku Pharma USA, Inc.

   [ ] N. Other:

2

7. Basis for Jurisdiction:

   Diversity of Citizenship

   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

   

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing order entered by this Court: Middle District of Florida

9. Brand Product(s) used by Plaintiff (check applicable);

   [X] A. Taxotere

   [ ] B. Docefrez

   [ ] C. Docetaxel Injection

3

☐ D.   Docetaxel Injection Concentrate

☐ E.   Unknown

☐ F.   Other:

10. First Date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately December 1, 2009 through July 30, 2010.

11. State in which Product(s) identified in question 9 was/were administered:

Florida

4

12. Alleged injury:

> Plaintiff was diagnosed with punctal stenosis and underwent corrective surgery. Taxotere chemotherapy caused the injury, which resulted in chronic and debilitating epiphora.

13. Counts in Master Complaint brought by Plaintiff(s):

- [X] Count I – Strict Products Liability – Failure to Warn
- [X] Count II - Negligence
- [X] Count III – Negligent Misrepresentation
- [X] Count IV – Fraudulent Misrepresentation
- [X] Count V – Fraudulent Concealment
- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below if Plaintiff(s) includes additional theories of recovery. The specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email address(es) and Mailing Address(es) representing the Plaintiff(s):

<table>
<tr>
<td>

 /s/ Patrick O. Hotze          
Patrick O. Hotze, TX Bar 24047692  
Karen Cannon Shanks, TX Bar 24006955  
Justin E. Dunlap, TX Bar 24040835  
**HOTZE RUNKLE PLLC**  
1101 S. Capital of Texas Highway  
Building C, Suite 100  
West Lake Hills, Texas 78746  
Tel: (512) 476-7771  
Fax: (512) 476-7781  
photze@hotzerunkle.com  
karen@hotzerunkle.com  
justin@hotzerunkle.com

</td>
<td>

/s/ Richard M. Paul, III  
Richard M. Paul, III, MO Bar 44233  
Laura C. Fellows, MO Bar 65896  
**PAUL LLP**  
601 Walnut Street, Suite 300  
Kansas City, Missouri 64106  
Tel: (816) 683-4326  
Fax: (816) 984-8101  
rick@paulllp.com  
laura@paulllp.com

</td>
</tr>
</table>

6